IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBRIDGE ARTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CONNIE XU, an individual, SHUGUANG KANG, an individual, and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 05-02483 WHA<br><br>**ORDER TO SHOW CAUSE** |

The Court has reviewed defendants' notice of removal filed on June 17, 2005. As characterized by defendants, the complaint filed in state court "asserts a single cause of action for conversion" of property, admittedly a state claim (Notice of Removal ¶ 2). Defendants are hereby **ORDERED TO SHOW CAUSE** why this action should not be remanded by **JULY 25, 2005**.

**IT IS SO ORDERED.**

Dated: July 5, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE