IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBRIDGE ARTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CONNIE XU, an individual, SHUGUANG KANG, an individual, and DOES 1 through 10,<br><br>    Defendants.<br>                                       / | No. C 05-02483 WHA<br><br>**ORDER FINDING CASES NOT RELATED** |

A notice of related cases was filed on July 22, 2005, concerning the following actions:

C 05-02483 WHA    *Starbridge Arts, Inc. v. Xu et al.*
C 05-02485 WDB    *Xu et al. v. Pan-Yu et al.*

The Court has evaluated the files and finds that these two actions are not related within the meaning of Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: August 1, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE